**Order entered October 21, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01753-CV

## TODD PRUETT, Appellant

## V.

## LISA CLAYTON, M.D., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14518**

## ORDER

We **GRANT** appellant's request in his October 17, 2014 motion "to leave his address as 1415 E. Lancaster Ave" but **DENY** his request in the October 17th motion "to monitor electronic hacking and mail fraud."

/s/     ADA BROWN
         JUSTICE